DEPEUGH v. BOARD OF COMMISSIONERS OF DELA-
WARE COUNTY ET AL.

[No. 10,139. Filed March 17, 1920.]

CORPORATIONS.—*Foreign Corporations.*—*Compliance With Statute
Regulating Admission.*—*Taxpayer May Not Challenge by In-
junction Against Acts.*—A private individual cannot maintain
an action to enjoin acts within the state by a foreign corpora-
tion on the ground that it has not complied with statutory con-
ditions precedent to the right to do business within the state.

From Delaware Circuit Court; *William H. Eichhorn,*
Special Judge.

Action by George Depeugh, as a taxpayer, against the
board of commissioners of Delaware county and
others. From a judgment for defendants, the plaintiff
appeals. *Affirmed.*

*Edward R. Templer,* for appellant.

*Warner & Warner, Silverburg, Bracken & Gray,
White & Haymond* and *Robert F. Murray,* for appellees.

McMAHAN, J.—Appellant as a taxpayer brought this
action against the board of commissioners of Delaware
county, Curtis Rector, W. E. Hendricks, Thomas Prutz-
man and the Barrett Company, to enjoin said board of
commissioners from entering into contracts with said
Rector, Hendricks and Prutzman for the improvement
of certain highways, and to enjoin the appellee Barrett
Company from doing business in this state, on the
ground that it is a foreign corporation, and it has never
complied with the laws of this state authorizing such
corporations to do business in this state.

Separate demurrers by each of the appellees for want
of facts were sustained. Appellant excepted to this rul-
ing of the court and refused to plead further, and judg-
ment was rendered against him. The errors assigned

are that the court erred in sustaining each of said demurrers.

The complaint failed to state a cause of action against the appellee Barrett Company for the reason that a private individual cannot maintain an action to enjoin acts within the state by a foreign corporation on the ground that it has not complied with the statutory conditions precedent to the right to do business within the state. *MacGinniss* v. *Boston, etc., Mining Co.* (1904), 29 Mont. 428, 75 Pac. 89; *General Film Co., etc.* v. *General Film Co., etc.* (1916), 237 Fed. 64, 150 C. C. A. 266; *Williams* v. *Hintermeister* (1886), 26 Fed. 889; 19 Cyc 1314. There was therefore no error in sustaining the demurrer of the Barrett Company.

The question presented by the demurrers of the other appellees was decided against the contention of appellant in *Tousey* v. *City of Indianapolis* (1911), 175 Ind. 295, 94 N. E. 225. On the authority of that case, we hold there was no error in sustaining the demurrers of said appellees to the complaint. Judgment affirmed.